**2004–2087.   Coffman v. Toyota Motor Credit Corp.**
In Quo Warranto. On motions to dismiss, motion for sanctions for frivolous action, and motions for stay. Motions to dismiss sustained. Motion for sanctions denied. Motions for stay dismissed as moot. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2004–2178.   Johnson v. Cincinnati.**
In Habeas Corpus. On petition for writ of habeas corpus of Alonzo Johnson. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002–0506.   State v. Fitzpatrick.**
Hamilton C.P. No. B0104117. On application for reopening under S.Ct.Prac.R. XI(6). Motion denied.

**2003–1538.   Howland v. Purdue Pharma, L.P.**
Butler App. Nos. CA2002–09–220, CA2002–09–223 and CA2002–09–227, 2003-Ohio-3699. Reported at 104 Ohio St.3d 584, 2004-Ohio-6552, 821 N.E.2d 141. On motion to vacate judgment and for entry of a new judgment. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

RESNICK and LANZINGER, JJ., not participating.

**2003–1964.   State v. Conway.**
Franklin C.P. No. 02CR063117. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Franklin County. On motion for substitution of counsel. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2004–0819.   Brickman & Sons, Inc. v. Natl. City Bank.**
Cuyahoga App. No. 81428, 2004-Ohio-1447. On motion to dismiss for lack of jurisdiction and mootness. Motion denied.

**2004–1078.   Bd. of Edn. of Cleveland Mun. School Dist. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2002–R–2641 and 2002–R–2642. On motion to strike pages 140–155 of appellant's supplement. Motion granted.

PFEIFER, J., dissents.

MOYER, C.J., not participating.

**2004–1454.   State ex rel. Meris v. Indus. Comm.**
Franklin App. No. 03AP–810, 2004-Ohio-3883. On motion to strike appellant's Propositions of Law II and III. Motion granted.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2004–1808.   Columbus Bar Assn. v. Halliburton–Cohen.**
Board of Commissioners on Grievances and Discipline, No. 03–113. On motion for admission pro hac vice of Lance Tibbles by Bruce A. Campbell. Motion granted.